Mary L. Cunningham, Respondent, v. Mark C. Tredennick Company and Peter F. Reilly, Appellants.— Order granting a preference for November term, 1927, affirmed, with ten dollars costs and disbursements. No opinion. Young, Lazansky, Hagarty, Seeger and Carswell, JJ., concur.

Francesco Di Meglio, Respondent, v. F. Jarka Company, Inc., Defendant, and Wilhelmsens D /S A /S and Steamship Terminal Operating Corporation, Appellants.— The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Order granting a preference affirmed, with ten dollars costs and disbursements. No opinion. The case having been decided, the motion for a stay is denied and the stay contained in order to show cause is vacated. Rich, Young, Kapper and Hagarty, JJ., concur.

John Fritz, Respondent, v. Lowen E. Ginn, Appellant.— Order denying defendant's motion for a further bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.

Benjamin Gratz and Anderson Gratz, etc., Respondents, v. M. M. Graves Co., Inc., Appellant.— Because of the disqualification of one of the four justices who by stipulation were to decide this case, a reargument is necessary. A reargument is, therefore, ordered and the case set down for Wednesday, November 9, 1927. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

Abraham Grundt, Appellant, Respondent, v. Minnie Shenk and Others, as Executors, etc., of Joseph Shenk, Deceased, Respondents, Appellants.— Owing to the death of the late Presiding Justice Kelly, a reargument is ordered and the case set down for Wednesday, November 9, 1927. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur..

Gustav Holland, Plaintiff, v. Fannie Block, Respondent. Benjamin A. Hartstein, Attorney, Appellant.— Order granting defendant's motion for substitution of attorneys affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Lazansky, Hagarty and Carswell, JJ., concur.

Stefan Horvath, Respondent, v. Francis H. Leggett & Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

In the Matter of the Application of Coney Island Fire Department, Inc., for Payment of Award Made for Parcel No. 66, etc., in a Proceeding to Acquire Title to Any Portion of, etc., Sheepshead Bay Road, from West Eighth Street to Ocean Parkway, in the Borough of Brooklyn, etc. The City of New York, Appellant; Coney Island Fire Department, Inc., Respondent.— Order confirming report of referee affirmed, with ten dollars costs and disbursements. No opinion. Young, Rich, Lazansky and Hagarty, JJ., concur; Kapper, J., dissents.

In the Matter of the Estate of Charles W. Dyer, Deceased. Grant C. Dyer and M. Wilber Dyer Company, Appellants; Caroline B. Kingsbury, Respondent.— Order denying motion to vacate order of examination and to dismiss discovery proceedings affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Lazansky, Hagarty and Carswell, JJ., concur.